IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
2007 MAR -1  AM 10: 22

U.S. BANKRUPTCY COURT
AUGUSTA, GA
SAMUEL L. KAY, CLERK

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| DAVID JAMES PERKINS | ) CHAPTER 13 |
| TONYA ROXSANN PERKINS | ) CASE NO.: 05-13276 |
| | ) |
| | ) |
| DEBTOR | ) |

TRUSTEE'S OBJECTION TO CONFIRMATION OF MODIFIED PLAN

COMES NOW Barnee C. Baxter, Chapter 13 Trustee, and objects to the confirmation of the modified plan filed in the captioned case and in support thereof shows:

1. Debtor's proposed plan was filed September 29, 2005.
2. The plan was confirmed on February 16, 2006. At the time of confirmation, it was estimated that unsecured creditors would receive not less than 10% of their allowed claims.
3. On February 22, 2007, Debtor proposed a modified plan; to wit: Debtor seeks to surrender 1997 Dodge Caravan to State Farm Bank.
4. Trustee requests a hearing as to the disposable income of Debtor and the purported necessity to modify the confirmed plan.

WHEREFORE, Trustee objects to the confirmation of the proposed modification.

_____
Barnee C. Baxter
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing on the below listed persons by depositing a copy of the same in the United States Mail with sufficient postage thereon to assure proper delivery:

DAVID JAMES PERKINS
TONYA ROXSANN PERKINS
349 KILPATRICK RD
WAYNESBORO GA 30830

WARD & SPIRES LLC
P O BOX 1493
AUGUSTA GA 30903

This 26th day of February, 2007.        _____
                                         Sherrie Hartley