IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the Matter of:

DAVID JAMES PERKINS                         Chapter 13 Case No: 05-13276
TONYA ROXSANN PERKINS                  )
349 KILPATRICK RD                              )  Social Security Nos.
WAYNESBORO, GA 30830                   )     XXX-XX-7606
                                                             )     XXX-XX-9216

Debtors


To:   DAVID JAMES PERKINS & TONYA ROXSANN PERKINS
        349 KILPATRICK RD
        WAYNESBORO, GA 30830

### TRUSTEE'S MODIFIED REPORT ON CONFIRMATION

On Thursday, April 19, 2007, the Bankruptcy Court confirmed the above debtor's plan with a dividend to unsecured creditors of not less than 10%. Disbursements shall be made by the Trustee to the following creditors:

| Claim Number | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|
|  | WARD & SPIRES LLC | ATTORNEY FEE | $1,500.00 |
|  | CLERK OF U S BANKRUPTCY COURT | FILING FEE | $155.00 |
|  | CLERK U S BANKRUPTCY COURT | NOTICE FEE | $39.00 |
| 1.00 | BURKE APOTHECARY | UNSECURED | $74.23 |
| 2.00 | GOLDBERGS FURNITURE INC | SECURED | $400.00 |
| 2.10 | GOLDBERGS FURNITURE INC | UNSECURED | $370.59 |
| 3.00 | FINANCE AMERICA | SECURED | $100.00 |
| 3.10 | FINANCE AMERICA | UNSECURED | $500.00 |
| 4.00 | AUGUSTA COLLECTION AGENCY INC | UNSECURED | $218.18 |
| 5.00 | FIRST NATIONAL BANK | UNSECURED | $351.54 |
| 6.00 | B LINE COLLECT AMER HOUSEHOLD | UNSECURED | $7,204.83 |
| 7.00 | GEORGIA POWER CO | UNSECURED | $492.03 |
| 8.00 | STATE FARM BANK | SECURED | $3,000.00 |
| 8.10 | STATE FARM BANK | UNSECURED | $503.73 |
| 9.00 | M C G HEALTH | UNSECURED | $2,355.87 |
| 10.00 | CATO CORP | UNSECURED | $219.96 |
| 11.00 | COUNTRYWIDE HOME LOANS INC | REAL ESTATE | $69,521.56 |
| 11.10 | COUNTRYWIDE HOME LOANS INC | REAL ESTATE ARREARAGE N | $1,808.64 |

<u>CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE</u>
<u>OF TRUSTEE'S REPORT ON CONFIRMATION</u>

In the Matter of:

DAVID JAMES PERKINS & TONYA ROXSANN PERKINS
Case No. 05-13276

I hereby certify that at my direction a copy of the Trustee's Report on Confirmation was mailed to each of the debtors, their attorneys and all parties who filed claims in this case by first-class mail with sufficient postage attached to insure delivery.

April 25, 2007

*Sherrie Hartley* (signature)
For the Office of the Chapter 13 Trustee
P.O. Box 2127
Augusta, GA 30903
Phone Number: 706-724-1039

PAGE NUMBER 1