United States Bankruptcy Court
For the Southern District of Georgia

In the matter of: Debtor
DAVID JAMES PERKINS**** & TONYA ROXSANN
PERKINS****
349 KILPATRICK RD
WAYNESBORO, GA 30830

Case No:
05-13276

Page 1 of 2

FINAL REPORT AND ACCOUNT

Report Printed March 23, 2009

K-COMPLETED    SS #1: XXX-XX-7606
Attorney: WARD & SPIRES LLC    SS #2: XXX-XX-9216
Plan Filed Date: Sep 29, 2005  Plan Confirmed: Feb 16, 2006  Case Concluded: Mar 23, 2009

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors. $6,330.65

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| WARD & SPIRES LLC | 999 | ATY | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 |
| CLERK OF U S BANKRUPTCY COURT | 991 | FFE | $155.00 | $155.00 | $155.00 | $0.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | $39.00 | $39.00 | $39.00 | $0.00 |
| DAVID JAMES PERKINS**** | 000.0 | DTR | | | $147.80 | $0.00 |
| DAVID JAMES PERKINS**** | 000.0 | DTR | | | $183.01 | $0.00 |
| BURKE APOTHECARY | 001.0 | UNS | $74.23 | $7.42 | $7.42 | $0.00 |
| GOLDBERGS FURNITURE INC | 002.0 | SEC | $400.00 | $400.00 | $431.33 | $0.00 |
| (Includes interest paid at 5.00% of $31.33) | | | | | | |
| GOLDBERGS FURNITURE INC | 002.1 | UNS | $370.59 | $37.06 | $37.06 | $0.00 |
| FINANCE AMERICA | 003.0 | SEC | $100.00 | $100.00 | $107.85 | $0.00 |
| (Includes interest paid at 5.00% of $7.85) | | | | | | |
| FINANCE AMERICA | 003.1 | UNS | $500.00 | $50.00 | $50.00 | $0.00 |
| AUGUSTA COLLECTION AGENCY INC | 004.0 | UNS | $218.18 | $21.82 | $21.82 | $0.00 |
| FIRST NATIONAL BANK | 005.0 | UNS | $351.54 | $35.15 | $35.15 | $0.00 |
| ROUNDUP FUNDING LLC | 006.0 | UNS | $7,204.83 | $720.48 | $720.48 | $0.00 |
| GEORGIA POWER CO | 007.0 | UNS | $492.03 | $49.20 | $49.20 | $0.00 |

cc:    WARD & SPIRES LLC
       P O BOX 1493
       AUGUSTA, GA 30903

PAGE 1 - CONTINUED ON NEXT PAGE

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| STATE FARM BANK | 008.0 | SEC | $3,000.00 | $0.00 | $392.58 | $0.00 * |
| (Includes interest paid at 5.00% of $146.09) | | | | | | |
| STATE FARM BANK | 008.1 | UNS | $503.73 | $0.00 | $0.00 | $0.00 * |
| M C G HEALTH | 009.0 | UNS | $2,355.87 | $235.59 | $235.59 | $0.00 |
| CATO CORP | 010.0 | UNS | $219.96 | $22.00 | $22.00 | $0.00 |
| COUNTRYWIDE HOME LOANS INC | 011.0 | ARR | $69,521.56 | $0.00 | $0.00 | $0.00 |
| COUNTRYWIDE HOME LOANS INC | 011.1 | ARR | $1,808.64 | $1,808.64 | $1,808.64 | $0.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | | $386.72 | $386.72 | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Other |  |
|---|---|---|---|---|---|---|---|
| Debt | $2,555.13 | $0.00 | $1,178.72 | $580.72 | $1,500.00 | $330.81 | Total Paid |
| Paid | $2,740.40 | $0.00 | $1,178.72 | $580.72 | $1,500.00 | $330.81 | $6,330.65 |

\* RAP (Reduced Amount to Paid)

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

/s/ O. Byron Meredith, III

O. Byron Meredith, III, Trustee